## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

Kenneth, Hoxsey #1204801
(full name)        (Register No).

Plaintiff(s).

v.

Jeff, Norman   Warden SCCC
(Full name) W
FUM Wendell Calhoun  5HU
Mr. Sutton ASST Warden
Defendant(s).

Case No. 17-3397-CV-S-MDH-P

Defendants are sued in their (check one):
___ Individual Capacity
___ Official Capacity
_X_ Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): SoutH central correctional center 255 W/hwy 32 Licking, Mo 65542

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff _____ Register No. _____
   Address _____

B. Defendant _____
   Is employed as _____

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III. Do your claims involve medical treatment? Yes ___ No _X_

IV. Do you request a jury trial? Yes _✓_ No ___

V. Do you request money damages? Yes _✓_ No ___

State the amount claimed? $_30.000,00$_ (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes _✓_ No ___

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure? Yes _✓_ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes _✓_ No ___

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
Appeal denied

D. If you have not filed a grievance, state the reasons.

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ___ No _X_

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ___ No _X_

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
        (Plaintiff)              (Defendant)
(2) Date filed: _____

2

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
(Pending) (on appeal) (resolved)
(8) If resolved, state whether for: _____
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

Filed for TV shelves to be placed in the cell, as I have a type writer, and with my cellmates TV there is no room for both of our TVs, and type writer, All level five institutions are provided with shelves.

B. State briefly your legal theory or cite appropriate authority:

Fair and equeal treatment
*equal*

3

Case 6:17-cv-03397-MDH   Document 1   Filed 12/13/17   Page 3 of 5

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
Shelves to be put in all the cells.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. NO, POOR.

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?            Yes____ No _x_

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes_____ No _X_

If your answer is "Yes," state the name and address of the lawyer.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this ___4th___ day of _Dec_____ 201_7_.

Ken Horsley
Signature(s) of Plaintiff(s)

Kenneth Hoxsey #1204801
South Central Correctional Center
255 W.hwy 32 Licking, MO 65542

LEGAL MAIL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WHITTAKER FEDERAL BUILDING
KC!,MO # 64106



RECEIVED
2017 DEC 13 AM 11:43
CLERK U.S. DIST. COURT
WEST. DIST. OF MO.
KANSAS CITY, MO.

SCREENED BY
U.S.